FILED
RICHARD W. NAGEL
CLERK OF COURT

2019 FEB 15 PM 12: 25

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
WESTERN DIV. DAYTON

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) Case No. 3:19-cr-36 |
| | ) Judge Walter H. Rice |
| vs. | ) **INFORMATION** |
| JACOB FIELDS, | ) |
| Defendant. | ) |

THE UNITED STATES ATTORNEY CHARGES THAT:

### COUNT ONE

On or about January 31, 2015, in the Southern District of Ohio, the defendant, **JACOB FIELDS**, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, namely "Possession with intent to distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance," in violation of Title 21, United States Code, Section 841(a)(1), knowingly possessed a firearm.

In violation of Title 18, United States Code, Section 924(c)(1)(A).

BENJAMIN C. GLASSMAN
United States Attorney

*Kyle J. Healey*
Kyle J. Healey
Assistant United States Attorney